AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2022.05.18
16:38:44
-04'00'

United States of America )
v. )    Case No. 22-215 (RAM)
AHSHA N. TRIBBLE )
)
_____ )
Defendant )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   04/21/2022

_____
Defendant's signature

_____
Signature of defendant's attorney

Deana Timberlake-Wiley, Diego Alcala Laboy
Printed name of defendant's attorney

_____
Judge's signature

Raúl M. Arias-Marxuach, U.S. District Judge
Judge's printed name and title