| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO | |

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, <br><br> v. <br><br> **AHSHA NATEEF TRIBBLE,** <br> Defendant. | INFORMATION <br><br> CRIMINAL NO. 22-215 **(**RAM**)** <br><br> **VIOLATIONS:** <br> 18 U.S.C. § 201(c)(1)(B) – Count 1 <br><br><br> **ONE COUNT** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**(18 U.S.C. § 201(c)(1)(B)**

From in or about February 2018 to in or about December 2018, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court, Defendant **AHSHA NATEEF TRIBBLE**, being a public official and employee of the Federal Emergency Management Agency (FEMA), otherwise than as provided by law for the proper discharge of official duty, directly and indirectly did seek, receive, accept, and agree to receive and accept something of value personally from DONALD KEITH ELLISON for and because of an official act performed and to be performed by such official. All in violation of 18 U.S.C. § 201(c)(1)(B).

W. STEPHEN MULDROW
United States Attorney

SETH ERBE
Digitally signed by SETH ERBE
Date: 2022.04.21 08:35:05 -04'00'

Seth A. Erbe
Assistant U.S. Attorney
Chief, Financial Fraud &
Public Corruption Section

MYRIAM FERNANDEZ
Digitally signed by MYRIAM FERNANDEZ
Date: 2022.04.21 08:42:43 -04'00'

Myriam Y. Fernandez-Gonzalez
Assistant U.S. Attorney
Chief, Asset Recovery &
Money Laundering Unit